UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AHMED ABDEL-RAOUF, M.D.     :
 :
 :
v.     :   CIV. NO. 3:12CV776 (HBF)
 :
 :
YALE UNIVERSITY     :
 :

## RULING ON PLAINTIFF'S MOTION TO SEQUESTER

Plaintiff's Oral Motion to Sequester witnesses **[Doc. #114]** is **GRANTED.** Counsel or the Court Security Officers on duty will direct witnesses to the waiting room in the annex.

At defendant's request, Dr. Rohrbaugh will be designated Yale's party representative under Federal Rule of Evidence 615(b) and exempted from the order.

At defense counsel's request, the Court will permit Dr. Chiles to be present during the testimony of the plaintiff only. Under Federal Rule of Evidence 615(c), the Court finds Dr. Chiles' presence during plaintiff's testimony to be essential to the presentation of Yale's defense to plaintiff's allegations because plaintiff's allegations against Dr. Chiles lie at the foundation of plaintiff's claims of bias, and plaintiff seeks to hold defendant Yale liable for Dr. Chiles' words and actions.

SO ORDERED at Bridgeport this 20th day of January 2015.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

1