```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

AHMED ABDEL-RAOUF, M.D.        :
                               :
                               :
v.                             :    CIV. NO. 3:12CV776 (HBF)
                               :
                               :
YALE UNIVERSITY                :
                               :
```

### RULING ON OBJECTIONS TO VIDEOTAPED DEPOSITION

This ruling is to memorialize the Court's earlier ruling as to the parties objections to portions of the videotaped deposition of Dr. Esperanza Diaz. Defendant's objections were dated December 31, 2014 **[Doc. #81],** and plaintiff's objections were dated January 4, 2015. **[Doc. #82].** The objections to the following testimony are **SUSTAINED** and the videographer is directed to edit the testimony from the videotaped deposition. All other objections are overruled.

1. Page 15, lines 4-9.
2. Page 24, lines 15-21.
3. Page 26, line 5-Page 27 line 2.
4. Page 28, lines 6-16.
5. Page 33, line 23-Page 34, line 11.
6. Page 42, line 18- page 43, line 19
7. Page 44, lines 2-4.

1

8. Page 44, line 13-page 45, line 4.

9. Page 57, lines 6-9.

10. Page 60, lines 15-16.

11. Page 60, lines 21-24.

12. Page 61, line 16-page 62, line 3.

13. Page 62, lines 9-20.

14. Page 63, lines 1-8.

15. Page 64, lines 3-4.

16. Page 66, lines 2-12.

17. Page 69, line 14-page 71, line 11.

18. Page 73, line 25-page 74, line 4.

19. Page 74, line 19-page 75, line 11.

20. Page 77, lines 13-17.

21. Page 78, line 19-page 79, line 6.

22. Page 79, line 10-page 82, lines 13-14, and line 23.

23. Page 83, line 5 and lines 19-20.

24. Page 84, line 17.

25. Page 85, line 13.

26. Page 85, line 20-page 86, line 2.

27. Page 87, line 7-page 88, line 15.

28. Page 89, line 9.

29. Page 89, line 18-page 91, line 10.

30. Page 92, line 2-page 95, line 19.

31. Page 98, line 9-21.

32. Page 99, line 20-23.

33. Page 100, line 19-page 102, line 23.

34. Page 106, line 18-page 107, line 6.

35. Page 108, lines 10-13.

36. Page 109, lines 7-14.

37. Page 116, line 25-page 117, line 11.

38. Page 118, lines 18-24.

39. Page 119, line 5-page 120, line 17.

40. Page 128, lines 5-8.

41. Page 129, lines 15-22.

42. Page 130, lines 1-2.

43. Page 130, line 22-page 131, line 2.

44. Page 133, lines 7-12.

45. Page 135, lines 14-24.

46. Page 136, line 25-page 137, line 1.

47. Page 140, lines 8-19.

48. Page 141, line 24-page 142, line 2.

49. Page 142, lines 12-23.

50. Page 143, line 16.

51. Page 143, line 23-page 144, line 16.

52. Page 152, lines 9-17.

53. Page 153, lines 10-14.

54. Page 153, lines 22-25.

55. Page 154, line 9.

56. Page 155, line 11 and lines 15-16.

57. Page 157, everything after "yes" on line 4-line 17, and line 24.

58. Page 158, lines 2-17.

59. Page 158, line 22-page 159, line 1.

60. Page 159, line 24-page 160, line 20.

61. Page 161, line 8-page 162, line 21.

62. Page 163, lines 3-5.

63. Page 167, line 17.

64. Page 168, line 17 and line 21.

65. Page 173, lines 24-25.

66. Page 174, lines 16-19.

67. Page 176, line 6-page 187, line 12.

68. Page 188, line 4-11.

69. Page 188, line 20-page 189, line 9.

70. Page 189, lines 20-21.

71. Page 191, line 21-page 192, line 4.

72. Page 192, lines 11-19.

73. Page 195, lines 16-24.

74. Page 203, lines 15-23.

75. Page 209, lines 22-page 210, line 1.

76. Page 210, lines 9-11.

77. Page 211, lines 7-10.

78. Page 211, lines 18-19.

79. Page 211, line 23-page 212, line 9.

80. Page 212, lines 12-13.

81. Page 212, line 16-17.

82. Page 213, line 7.

83. Page 213, line 9-page 214, line 13.

84. Page 214, lines 21-25.

85. Page 215, line 7.

86. Page 215, line 12-13.

87. Page 215, line 18-page 216, line 4.

88. Page 219, line 23-page 220, line 4.

89. Page 220, line 21.

90. Page 221, line 5-6.

91. Page 221, line 10-page 225, line 1.

92. Page 226, line 18-page 228, line 4.

93. Page 228, lines 17-22.

94. Page 229, lines 8-11.

95. Page 230, lines 14-16.

96. Page 230, lines 24-page 231, line 1.

97. Page 231, lines 6-10.

98. Page 231, lines 16-25.

99. Page 232, line 13-page 233, line 10

100. Page 235, lines 3-11.

101.  Page 235, Remove on line 15, "And then, just to make matters worse." Begin with Mr. Carey saying, "You say, quote, 'I doubt those problems will change. . . ." Continue through line 20. Delete lines 21-23. Begin with line 24.

102.  Page 236, lines 16-19.

103.  Page 237, lines 17-24.

104.  Page 238, line 5.

105.  Page 238, line 14 and line 16.

106.  Page 238, line 19-page 239, line 12.

107.  Page 239, line 24-page 240, line 3.

108.  Page 240, line 11-page 241, line 19.

109.  Page 241, line 23.

110.  Page 242, line 17-page 243, line 4.

111.  Page 243, line 10.

112.  Page 246, lines 1-25.

113.  Page 249, line 4.

114.  Page 254, line 13-page 255, line 10.

115.  Page 255, line 25.

116.  Page 256, line 9.

117.  Page 257, lines 4-22.

118.  Page 263, lines 19-24.

119.  Page 264, lines 11-17.

120.  Page 265, lines 18-20.

121.  Page 266, lines 8-20.

122.   Page 267, line 4.

123.   Page 268, line 9-page 269, line 13.

124.   Page 269, line 20.

125.   Page 279, lines 4-5 and line 11.

126.   Page 273, line 22.

127.   Page 273, line 24-page 274, line 23.

128.   Page 275, line 2.

129.   Page 275, line 15-page 276, line 11.

130.   Page 276, line 25-page 279, line 12.

131.   Page 282, lines 15-21.

132.   Page 285, line 15-page 286, line 4.

133.   Page 286, lines 16-17.

134.   Page 287, line 25-page 288, line 2.

135.   Page 288, line 9.

136.   Page 288, lines 20-23.

137.   Page 289, lines 13-14.

138.   Page 289, lines 22-25.

139.   Page 290, lines 14-19.

140.   Page 291, lines 3-4.

141.   Page 292, line 10.

142.   Page 293, lines 17-18.

The Court ruled on defendant's Motion in Limine to preclude additional testimony from the deposition of Dr. Diaz **[Doc. #100]** on January 20, 2015. <u>See</u> **Doc. #113.**

ENTERED at Bridgeport this 21th day of January 2015.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE